**Order entered May 11, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00023-CV

**ETHEL LOCKHART AND/OR ALL OCCUPANTS OF 711 LENTISCO DRIVE LANCASTER, TEXAS 75146, Appellants**

**V.**

**SILVER BAY PROPERTY CORP. MANAGEMENT COMPANY FOR 2012-C PROPERTY HOLDINGS LLC, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-05335-B**

## ORDER

Based on the Court's opinion of this date, we **DENY** as moot appellee's motion to dismiss.

/s/    LANA MYERS
            JUSTICE